**Order filed October 26, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas

—————————

## NO. 01-15-00474-CR

### ADRIAN LOBE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case 11-DCR-058553**

## ORDER

The reporter's record in this case was due July 13, 2015. *See* Tex. R. App. P. 35.1. On August 26, 2015, Liz Wittu, the official court reporter, filed a request for an extension until September 25, 2015. As of today, the reporter's record has not been filed and, because the requested date has passed, we deny this request as moot. No further request for an extension of time to file the record has been filed. Because the reporter's record has not been filed timely, we issue the following order.

We order Liz Wittu, the official court reporter, to file the record in this appeal, **within 20 days** of the date of this order.

<u>/s/ Harvey Brown</u>

Acting individually